# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES P. NELSON,<br><br>                    Plaintiff,<br>   v.<br><br>NDOC, *et al.*,<br><br>                  Defendants. | 3:24-cv-00130-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 10 |

Before the court is Defendants' Status Report Regarding Completion of Settlement Agreement Terms. (ECF No. 10.) Defendants request an additional thirty (30) days in which to file their Stipulation and Order for Dismissal.

**IT IS HEREBY ORDERED** that the parties shall have to and including **Friday, June 13, 2025**, in which to file the Stipulation and Order for Dismissal.

DATED: May 13, 2025.



_____
Craig S. Denney
United States Magistrate Judge